UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Case No. 09-20579
                                          Hon. Patrick J. Duggan

GRANT JOHNSON D-9

    Defendant.
_____/

BARBARA L. McQUADE (P45423)
UNITED STATES ATTORNEY

KAPLOVITZ & ASSOCIATES, P.C.
By: Ronald E. Kaplovitz (P36889)
Attorney for Defendant
2057 Orchard Lake Rd.
Sylvan Lake, MI 48320
(248) 333-3666

### ORDER GRANTING TRAVEL AND SUBSISTENCE EXPENSES

At a session of said Court, held in the United
States Courthouse, City of Detroit, County of
Wayne, State of Michigan on
February 4, 2011.

                Present: PATRICK J. DUGGAN
                        United States District Judge

Defendant, Grant Johnson having filed a motion requesting this Court to Authorize round trip travel and subsistence expenses for himself, and the Court having been fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the United States Marshal Service shall arrange Defendant, Grant Johnson, non-custodial round trip transportation and subsistence expenses from Dallas Texas to Detroit,

Michigan so that he may attend and participate in the sentencing scheduled for

February 9, 2011.

                          s/Patrick J. Duggan
                          Patrick J. Duggan
                          United States District Judge

Dated: February 4, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 4, 2011, by electronic and/or ordinary mail.

                          s/Marilyn Orem
                          Case Manager